# Ogletree
# Deakins

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

599 Lexington Avenue, 17th Floor
New York, New York 10022
Telephone: 212.492.2500
Facsimile: 212.492.2501
www.ogletreedeakins.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: *11-18-19*

Evan B. Citron
212.492.2068
evan.citron@ogletreedeakins.com

November 14, 2019

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 14A
New York, NY 10007

Re:  Young v. 1185 Comedy Inc., 19-cv-08433 (JGK)(KHP)

Dear Judge Koeltl:

*[Handwritten endorsement: Time to answer the complaint extended to November 27, 2019. Conference adjourned to Tuesday, December 17, 2019, at 4:30pm. SO ORDERED. /s/ JGK 11/15/19]*

We were recently retained to represent defendant 1185 Comedy Inc. ("Defendant") in the above-referenced action. In light of our recent retention, and in accordance with Rule 1.E of Your Honor's Individual Practices, we write to respectfully request (i) an extension of Defendant's time to answer the Complaint until November 27, 2019; and (ii) an adjournment of the Initial Pretrial Conference currently scheduled for November 18, 2019 until a date subsequent to November 27, 2019 that is convenient for the Court. This is Defendant's first request for the relief sought herein, and Plaintiff consents to this request.

Thank you for Your Honor's consideration of this request.

Respectfully Submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: _s/ Evan B. Citron_
        Evan B. Citron

cc:   All counsel of record (by ECF)

Atlanta • Austin • Berlin (Germany) • Birmingham • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Detroit Metro • Greenville
Houston • Indianapolis • Jackson • Kansas City • Las Vegas • London (England) • Los Angeles • Memphis • Mexico City (Mexico) • Miami • Milwaukee • Minneapolis
Morristown • Nashville • New Orleans • New York City • Oklahoma City • Orange County • Paris (France) • Philadelphia • Phoenix • Pittsburgh • Portland • Raleigh • Richmond
St. Louis • St. Thomas • Sacramento • San Antonio • San Diego • San Francisco • Seattle • Stamford • Tampa • Toronto (Canada) • Torrance • Tucson • Washington